**ATRIUM APPRAISALS SERVICES, INC**
MIAMI, FLORIDA 33170



# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
7516 HISPANOLA AVENUE
TREASURE ISLAND PB 50-67 LOT 20 BLK 5
MIAMI, FL 33141-4120

**FOR:**
PRIVATE
MIAMI, FL

**AS OF:**
8/9/2010

**BY:**
MIGUEL FEBLES

Atrium Appraisal Services, Inc. (305) 386-6839

File No. LTF-7516 Page #3

| | |
|---|---|
| Borrower | JOSE A RIVERO & LYNG H RAMIREZ |
| Property Address | 7516 HISPANOLA AVENUE |
| City | MIAMI    County MIAMI-DADE    State FL    Zip Code 33141-4120 |
| Lender/Client | PRIVATE |

File No. LTF-7516

## APPRAISAL AND REPORT IDENTIFICATION

**This Appraisal Report is one of the following types:**

☐ Self Contained   (A written report prepared under Standards Rule 2-2(a), persuant to the Scope of Work, as disclosed elsewhere in this report.)

☒ Summary   (A written report prepared under Standards Rule 2-2(b), persuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Use   (A written report prepared under Standards Rule 2-2(c), persuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- I have (or have not) made a personal inspection of the property that is the subject of this report.
- No one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report.)

### Comments on Appraisal and Report Identification
Note any USPAP related issues requiring disclosure and any State mandated requirements:

**APPRAISER:**

Signature:
Name: ROBERT GARCIA
Date Signed: 8/9/2010
State Certification #: ST.CERT.RES.APPRAISER RD-4939
or State License #: RD-4939
State: FLORIDA
Expiration Date of Certification or License: 11/30/2010

Effective Date of Appraisal: 8/9/2010

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed: 08/11/2010
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

Supervisory Appraiser inspection of Subject Property:
☐ Did Not   ☐ Exterior-only from street   ☐ Interior and Exterior

Form ID06 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Atrium Appraisal Services, Inc. (305) 386-6839 — File No. LTF-7516 Page #4

**Summary Appraisal Report**

## Uniform Residential Appraisal Report — File # LTF-7516

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

### SUBJECT
- Property Address: 7516 HISPANOLA AVENUE — City: MIAMI — State: FL — Zip Code: 33141-4120
- Borrower: JOSE A RIVERO & LYNG H RAMIREZ — Owner of Public Record: JOSE A RIVERO & LYNG H RAMIR — County: MIAMI-DADE
- Legal Description: TREASURE ISLAND PB 50-67 LOT 20 BLK 5
- Assessor's Parcel #: 23-3209-009- — Tax Year: 2009 — R.E. Taxes $: 2,186.02
- Neighborhood Name: TREASURE ISLAND — Map Reference: 33124 — Census Tract: 0039.04
- Occupant: ☒ Owner ☐ Tenant ☐ Vacant — Special Assessments $: 0.00 — ☐ PUD — HOA $ N/A — ☐ per year ☐ per month
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
- Assignment Type: ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) MARKET VALUE.
- Lender/Client: PRIVATE — Address: MIAMI, FL
- Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
- Report data source(s) used, offering price(s), and date(s). THE SUBJECT IS NOT UNDER CONTRACT FOR THE PRESENT TIME.

### CONTRACT
- I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A
- Contract Price $: N/A — Date of Contract: N/A — Is the property seller the owner of public record? ☐ Yes ☐ No — Data Source(s): N/A
- Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
- If Yes, report the total dollar amount and describe the items to be paid. N/A

### NEIGHBORHOOD
Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: ☐ Urban ☒ Suburban ☐ Rural | Property Values: ☐ Increasing ☐ Stable ☒ Declining | PRICE $(000) / AGE (yrs) | One-Unit 85% |
| Built-Up: ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply: ☐ Shortage ☐ In Balance ☒ Over Supply | 100 Low / NEW | 2-4 Unit 5% |
| Growth: ☐ Rapid ☒ Stable ☐ Slow | Marketing Time: ☐ Under 3 mths ☐ 3-6 mths ☒ Over 6 mths | 350 High / 85 | Multi-Family 5% |
| Neighborhood Boundaries: PLEASE SEE LOCATION MAP FOR BOUNDARIES. | | 175 Pred. / 50 | Commercial 5% / Other % |

- Neighborhood Description: SUBJECT NEIGHBORHOOD PRIMARILY CONSISTS OF SINGLE FAMILY HOUSING OF AVERAGE TO ABOVE AVERAGE CONSTRUCTION AND MARKET APPEAL. SUBJECT NEIGHBORHOOD COMPARES FAVORABLY TO COMPETING NEIGHBORHOODS IN THE AVAILABILITY OF AMENITIES, SCHOOLS, SHOPPING, PARKS AND RECREATIONAL AREAS.
- Market Conditions (including support for the above conclusions): SUBJECTS NEIGHBORHOOD APPEARS DECLINING. SUPPLY AND DEMAND ARE OVER SUPPLY. AVERAGE TIME TO MARKET A REASONABLY PRICED PROPERTY IS OVER SIX MONTHS.

### SITE
- Dimensions: NO SURVEY — Area: 7,140 SF — Shape: RECTANGULAR — View: RESIDENTIAL
- Specific Zoning Classification: R-1 — Zoning Description: SINGLE FAMILY
- Zoning Compliance: ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
- Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street ASPHALT | ☒ | |
| Gas | ☐ | NONE | Sanitary Sewer | ☒ | | Alley NONE | | |

- FEMA Special Flood Hazard Area: ☒ Yes ☐ No — FEMA Flood Zone: AE — FEMA Map #: 12086C0307L — FEMA Map Date: 9/11/2009
- Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
- Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
- NO OBVIOUS ADVERSE SITE FACTORS WERE REPORTED OR OBSERVED AS OF THE TIME OF INSPECTION. A SURVEY WAS NOT AVAILABLE FOR REVIEW.

### IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units: ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls CBS/AVERAGE | Floors C.TILE/CRPT/AVG |
| # of Stories 1 STORY | ☐ Full Basement ☐ Partial Basement | Exterior Walls CBS/AVG | Walls DRYWALL/AVG. |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area NONE sq.ft. | Roof Surface ASPH. SHINGL/AVG | Trim/Finish WOOD/AVERAGE |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish NONE % | Gutters & Downspouts ALUMINUM-AVG | Bath Floor C.TILE/AVERAGE |
| Design (Style) 1 STORY | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type S.HUNG/AVERAGE | Bath Wainscot C.TILE/AVERAGE |
| Year Built 1950 | Evidence of ☐ Infestation N/A | Storm Sash/Insulated YES/AVERAGE | Car Storage ☐ None |
| Effective Age (Yrs) 20 | ☐ Dampness ☐ Settlement | Screens YES/AVERAGE | ☒ Driveway # of Cars 4 |
| Attic ☐ None | Heating ☐ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | Driveway Surface CONCRETE |
| ☐ Drop Stair ☐ Stairs | ☐ Other Fuel ELECT. | ☐ Fireplace(s) # ☐ Fence | ☐ Garage # of Cars |
| ☐ Floor ☒ Scuttle | Cooling ☒ Central Air Conditioning | ☐ Patio/Deck ☒ Porch CVD ENT | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool ☐ Other | ☐ Att. ☐ Det. ☐ Built-in |

- Appliances: ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)
- Finished area above grade contains: 6 Rooms — 3 Bedrooms — 2 Bath(s) — 1,530 Square Feet of Gross Living Area Above Grade
- Additional features (special energy efficient items, etc.). NO SPECIAL ENERGY EFFICIENT ITEMS WERE OBSERVED OR NOTED AT THE TIME OF THE APPRAISAL.
- Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). QUALITY OF CONSTRUCTION IS AVERAGE. NORMAL PHYSICAL DEPRECIATION WAS OBSERVED. NO EXTERNAL OBSOLESCENCE IS APPARENT. SUBJECT PROPERTY WAS IN AVERAGE CONDITION AT THE TIME OF INSPECTION. FUNCTIONAL UTILITY IS COMPATIBLE WITH LOCAL MARKET ACCEPTANCE AND EXPECTATIONS.

- Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

- Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

## Uniform Residential Appraisal Report
File # LTF-7516

There are 20 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 125,000 to $ 450,000.
There are 12 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 100,000 to $ 350,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 7516 HISPANOLA AVENUE MIAMI, FL | 7533 CUTLASS AVENUE MIAMI, FL | | 7541 HISPANOLA AVENUE MIAMI, FL | | 1535 71ST STREET MIAMI, FL | |
| Proximity to Subject | | 0.05 miles | | 0.08 miles | | 0.78 miles | |
| Sale Price | $ N/A | $ 167,100 | | $ 170,400 | | $ 191,300 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 89.50 sq.ft. | | $ 110.94 sq.ft. | | $ 107.05 sq.ft. | |
| Data Source(s) | | FARES/TAXROLL/REALQUEST | | FARES/TAXROLL/REALQUEST | | FARES/TAXROLL/REALQUEST | |
| Verification Source(s) | | OBSERVATION | | OBSERVATION | | OBSERVATION | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | CONVENTION NONE KNOWN | | CONVENTION NONE KNOWN | | CONVENTION NONE KNOWN | |
| Date of Sale/Time | | JUN, 2010 | | MAR, 2010 | | FEB, 2010 | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 7,140 SF | 7,140 SF | | 7,140 SF | | 6,942 SF | |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Design (Style) | 1 STORY | 1 STORY | | 1 STORY | | 1 STORY | |
| Quality of Construction | CBS/AVERAGE | CBS/AVERAGE | | CBS/AVERAGE | | CBS/AVERAGE | |
| Actual Age | 1950 | 1950 | | 1950 | | 1938 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6 \| 3 \| 2 | 6 \| 3 \| 2 | | 6 \| 3 \| 2 | | 7 \| 4 \| 2.5 | -5,000 |
| Gross Living Area | 1,530 sq.ft. | 1,867 sq.ft. | -3,370 | 1,536 sq.ft. | 0 | 1,787 sq.ft. | -2,570 |
| Basement & Finished Rooms Below Grade | NONE NONE | NONE NONE | | NONE NONE | | NONE NONE | |
| Functional Utility | ADEQUATE | ADEQUATE | | ADEQUATE | | ADEQUATE | |
| Heating/Cooling | CENTRAL | CENTRAL | | CENTRAL | | CENTRAL | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | OPEN PARKNG | OPEN PARKNG | | OPEN PARKNG | | OPEN PARKNG | |
| Porch/Patio/Deck | PORCH/PATIO | PORCH/PATIO | | PORCH/PATIO | | PORCH/PATIO | |
| INT FEATURES | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 3,370 | ☐ + ☐ - | $ | ☐ + ☒ - | $ 7,570 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.0 % Gross Adj. 2.0 % | $ 163,730 | Net Adj. % Gross Adj. % | $ 170,400 | Net Adj. 4.0 % Gross Adj. 4.0 % | $ 183,730 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain    FARES

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   PUBLIC RECORDS
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   PUBLIC RECORDS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NONE WITHIN THREE YEARS | NONE WITHIN PAST TWELVE MONTHS | NONE WITHIN PAST TWELVE MONTHS | NONE WITHIN PAST TWELVE MONTHS |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | P PBLC RCRDS | PER PUBLIC RECORDS | PER PUBLIC RECORDS | PER PUBLIC RECORDS |
| Effective Date of Data Source(s) | 8/9/2010 | 8/9/2010 | 8/9/2010 | 8/9/2010 |

Analysis of prior sale or transfer history of the subject property and comparable sales   THE SUBJECT'S THREE YEAR SALES HISTORY IS LISTED ABOVE. COMPARABLES TWELVE MONTH SALES HISTORY IS LISTED ABOVE.

Summary of Sales Comparison Approach    REPORTED COMPARABLES INDICATE A REASONABLE VALUE TREND FOR THE SUBJECT PROPERTY. THEY BRACKET THE SUBJECT PROPERTY IN TERMS OF VALUE. ADJUSTMENTS ARE EXTRACTED FROM LOCAL MARKET ACCEPTANCE AND EXPECTATIONS. AN EFFORT HAS BEEN MADE TO VERIFY WITH ALTERNATE SOURCES AND TRANSACTION PARTICIPANTS THE ACCURACY AND CONDITIONS OF SALE OF THE COMPARABLES AND OTHER DATA GATHERED FROM PUBLIC RECORDS.

Indicated Value by Sales Comparison Approach $ 177,000
Indicated Value by: Sales Comparison Approach $ 177,000   Cost Approach (if developed) $ 178,372   Income Approach (if developed) $ N/A
GREATER WEIGHT HAS BEEN GIVEN TO THE SALES COMPARISON APPROACH. THE INCOME APPROACH HAS NOT BEEN USED BECAUSE THIS TYPE OF PROPERTY IS NOT TYPICALLY PURCHASED FOR INCOME PURPOSES. THE COST APPROACH IS SUPPORTIVE OF THE VALUE CONCLUSION.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   THIS APPRAISAL IS INTENDED FOR USE IN A FEDERALLY FUNDED TRANSACTION AND IS NOT INTENDED FOR ANY OTHER USE.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 177,000, as of 8/9/2010, which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report
File # LTF-7516

THE APPRAISER HAS MADE AN EXTENSIVE SEARCH OF THE SUBJECT'S NEIGHBORHOOD AND NEARBY NEIGHBORHOODS IN ORDER TO SELECT THE BEST COMPARABLE AVAILABLE. DUE TO THE LIMITED MARKET ACTIVITY OF THE COMPARABLE PROPERTIES AND AFTER REVIEWING RECENT SALES, THE APPRAISER HAS ONE OR MORE COMPARABLE WHICH ARE OVER THE ONE MILE PREFERD RADIUS. THE APPRAISER'S JUDGMENT THAT THE SALE SELECTED IN THE REPORT ARE AMONG THE MOST COMPARABLE TO THE SUBJECT CONSIDERING FACTORS OF LOCATION, SIZE, AGE, CONDITION, STYLE AND FEATURES.

**RECONCILIATION COMMENTS**

THE APPRAISER HAS INSPECTED THE COMPARABLE SALES EMPLOYED IN THE APPRAISAL, SPOKEN WITH AREA REALTORS, ALSO PURSUED THE PUBLIC RECORDS AND THE MULTIPLE LISTING SERVICE FOR FURTHER INFORMATION CONCERNING THE INTERIOR CONDITION AND QUALITY OF CONSTRUCTION OF THESE SALES. ALL SUCH INFORMATION HAS BEEN CATALOGUED IN THE APPRAISER'S NOTES AND TOGETHER WITH THE INFORMATION GATHERED FROM THE APPRAISERS EXTERIOR INSPECTION OF THE COMPARABLES IN THE FIELD HAS FORMED THE BASIS FOR COMPARISON OF THESE SALES WITH THE SUBJECT PROPERTY, AND HAS TEMPERED HIS JUDGMENT IN THE ANALYSIS OF THE SUBJECT PROPERTY AND IN THE FINAL ESTIMATE OF VALUE. ALL WARRANTED ADJUSTMENTS TO COMPENSATE FOR THE DIFFERENCES BETWEEN THE SUBJECT AND THE COMPARABLE SALES HAVE BEEN MADE IN THE MARKET GRID. SUBJECT'S LAND TO VALUE IS TYPICAL FOR THE SUBJECT'S MARKET AREA.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   SITE VALUE IS ESTIMATED BY COMPARABLES LAND SALES, APPRAISER FILES AND /OR LAND EXTRACTION.

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW    OPINION OF SITE VALUE = $ 70,000
Source of cost data  LOCAL BUILDERS DATA    DWELLING  1,530 Sq.Ft. @ $ 85.00 = $ 130,050
Quality rating from cost service    Effective date of cost data  8/9/2010    NONE Sq.Ft. @ $  = $
Comments on Cost Approach (gross living area calculations, depreciation, etc.)    KITCHEN, PATIO APPLAINCES. = $ 25,000
COST APPROACH IS ESTIMATED BASED ON INFORMATION    Garage/Carport   Sq.Ft. @ $  = $
OBTAINED FROM MARSHALL & SWIFT PUBLICATION AND LOCAL    Total Estimate of Cost-New = $ 155,050
BUILDERS DATA. SITE VALUE RATIO IS CONSIDERED TYPICAL FOR    Less  Physical  Functional  External
THE NEIGHBORHOOD, DUE TO SCARCITY OF AVAILABLE VACANT    Depreciation  51,678  = $( 51,678)
LAND, IT'S NOT UNCOMMON TO SEE SUCH HIGH LAND TO VALUE    Depreciated Cost of Improvements = $ 103,372
RATIOS. THIS COST APPROACH IS INTENDED FOR MARKET VALUE    "As-is" Value of Site Improvements = $ 5,000
PURPOSE ONLY. NOT FOR INSURANCE PURPOSES.
Estimated Remaining Economic Life (HUD and VA only)    40 Years    INDICATED VALUE BY COST APPROACH = $ 178,372

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $  N/A   X Gross Rent Multiplier  N/A  = $    Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases    Total number of units    Total number of units sold
Total number of units rented    Total number of units for sale    Data source(s)
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.  THIS IS NOT A PUD

# Uniform Residential Appraisal Report
File # LTF-7516

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report   File # LTF-7516

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

File # LTF-7516

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature
Name ROBERT ____
Company Name ATRIUM APPRAISALS SERVICES, INC
Company Address 13009 SW 220TH TERRACE, MIAMI FLORIDA 33170
Telephone Number 786-487-2158
Email Address atriumappraisals@att.net
Date of Signature and Report 8/9/2010
Effective Date of Appraisal 8/9/2010
State Certification # ST.CERT.RES.APPRAISER RD-4939
or State License # RD-4939
or Other (describe) _____ State # FL
State FL
Expiration Date of Certification or License 11/30/2010

ADDRESS OF PROPERTY APPRAISED
7516 HISPANOLA AVENUE
MIAMI, FL 33141-4120
APPRAISED VALUE OF SUBJECT PROPERTY $ 177,000
LENDER/CLIENT
Name _____
Company Name PRIVATE
Company Address MIAMI, FL
Email Address _____

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____
Name _____
Company Name _____
Company Address _____
Telephone Number _____
Email Address _____
Date of Signature 08/11/2010
State Certification # _____
or State License # _____
State _____
Expiration Date of Certification or License _____

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
  Date of Inspection _____
☐ Did inspect interior and exterior of subject property
  Date of Inspection _____

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
  Date of Inspection _____

**Supplemental Addendum**

File No. LTF-7516

| Borrower/Client | JOSE A RIVERO & LYNG H RAMIREZ | | | |
|---|---|---|---|---|
| Property Address | 7516 HISPANOLA AVENUE | | | |
| City MIAMI | County MIAMI-DADE | | State FL | Zip Code 33141-4120 |
| Lender PRIVATE | | | | |

### Purpose of the Appraisal

The purpose of the appraisal is to estimate the Market Value of the subject property as of the date indicated. The definition of Market Value is as defined in FHLBB R-11e (9/11/87) and FNMA Form 1004b (7/86).

### Highest and Best Use

Highest and Best Use (or Uses) that will produce the highest net or higher present worth. In analyzing Highest and Best Use, the appraiser considered four primary elements in the order presented:

1. Possible: Those physically possible uses to which the site is suited.
2. Permissible: Those possible uses permitted by zoning or deed restrictions.
3. Feasible: Those permissible uses, which will produce a net return or present worth to the owner.
4. Highest and Best Use: Those feasible uses, which will produce the highest net return or highest, present worth.

The opinion of Highest and Best Use indicated in this report takes into account these factors and the subject property as it compares with the surrounding neighborhoods.

### Septic Tanks

If "Septic Tanks" is indicated in the SITE section of the report, it is noted that this is an acceptable form of waste disposal in the neighborhood. Unless otherwise noted in the comment section of SITE or by separate addenda, no visible problem with a septic tank was noted at the time of inspection. The existence of a septic tank would have no effect on the estimate of value or marketability.

### Condition of Components

The appraisal form used for this appraisal calls for opinions of conditions of certain components of the subject improvements including but not limited to appliances, heating and cooling systems, surfaces, electrical, mechanical or plumbing systems. The conditions indicated in this report are based on observation made at the time of the inspection. They rely on visual indicators as well as reasonable expectations as to adequacy, and are dictated by neighborhood standards relative to marketability.

### Flood Zone Information

The Flood Zone information appearing on this report does not directly address the questions of whether or not flood insurance is required on the property. Flood insurance requirements are established by Secondary Market participants through regulation, guideline and commitment.

The information appearing on this report refers to the location (or not) of the subject property in a FEMA or HUD Identified Special Flood Hazard Area. For the purpose of this report, properties located in A, B, C or zones are deemed to be in a Special Flood Hazard Area.

The information shown on the report was derived from Flood Insurance Rate Maps (FIRM) issued by the National Flood Insurance Program (NFIP) of the Federal Emergency Management Area (FEMA). From time to time a subject property will lie on or near a zone boundary line and it may be difficult to determine which zone or zones are indicated. In such cases, the appraisal form will indicate the most hazardous zone. Final determination of flood zone should be verified against a property engineering survey, indicating floor elevations.

### Income Approach to Value

The Income Approach is premixed on capitalizing a net operating income from a property to arrive at an indicated value. The subject is a residential property, typically purchased for the intangible amenities of home ownership and not for the purpose of generating income.

If the indicated value by Income Approach on the appraisal form was completed N/A, then it was the judgement of the appraiser based on the above factors and our research that the Income Approach was inappropriate for this assignment.

**Supplemental Addendum**

| Borrower/Client | JOSE A RIVERO & LYNG H RAMIREZ | | |
|---|---|---|---|
| Property Address | 7516 HISPANOLA AVENUE | | |
| City MIAMI | County MIAMI-DADE | State FL | Zip Code 33141-4120 |
| Lender PRIVATE | | | |

File No. LTF-7516

### Personal Property

Certain items normally found in residential properties are Personal Property, which can be defined, as those items are not permanently attached to the real estate. From time to time purchase/sale contracts include items of personal property as part of the contract and sales price. These might include (but not limited to):
* refrigerator                    * window treatments
* above ground swimming pool      * washer/dryer
* counter top microwave oven      * movable dishwasher
* outdoor patio furniture         * recreational items

### Explanation of Building Square Foot Area

The appraisal uses actual living area in the market analysis for both the subject and the comparable sale properties. The living area utilized for the sales data has been abstracted from the Public Records/Tax Rolls listed square foot area data and may have been further modified by the field appraiser's observation of the actual improvements

The abstracted living area of the sale properties have been calculated to the best of the appraiser's observation and information obtainable. However, the appraiser has not measured the sale properties or had benefit of surveys, unless otherwise noted. In Miami-Dade County, the square foot data in the Public Records/Tax Rolls is given in a composite amount called the "Adjusted Living Area". This figure is the sum of the base living area, plus a percentage of other building areas (such as garage, carport, porches, etc.). This living area utilized in the Market Analysis may have been further modified by the field appraiser's observation of actual improvements. In accordance with the definition of Market Value, attached hereto, the Subject Property is appraised on the basis of conventional financial arrangements, unaffected by special or creative financing or sales concessions granted by anyone associated with one sale.

### Scope of the Appraisal

According to the Uniform Standards of Appraisal Practices, as adopted February 27, 1987 and effective July 1, 1987, the term "Scope of the Appraisal" means "the extent of the process of collecting, conforming and reporting data". In order to value the subject at hand, an inspection of the subject property, as well as it's surrounding area, will be performed for the purpose of thoroughly familiarizing oneself with it's locational, physical and environmental qualities. Attention will be directed to the physical characteristics and direction of growth and the principal factors likely to influence the quality and quantity of demand for the area's residential market. A survey and analysis will then be conducted of residential properties in the relevant market area to determine the market trends with regards to physical characteristics inherent within the residential segment. The subject property will then be valued using the Cost Approach, Direct Sales Approach and Income Capitalization Approach, however, any omission of these recognized methods will be explained by the appraiser.

### Comparable Sales Over Six Months

Every effort has been made to secure comparable sales, which transpired within the six-month period immediately preceding the date of valuation. Utilization of sales which occurred beyond the optimum period will indicate that more recent sales were unavailable or that the most recent sales available would necessitate larger adjustments than the ones on the comparable sales utilized in this report. Comparable sales, therefore, will reflect the selection of those sales deemed most representative for the subject property. The time frame is expanded to recite sales which have characteristics similar to those of the subject property and provide accurate indicators of value, this is common and necessary appraisal practice in this area. An analysis of sales within the past year of similar properties in the area reveals no significant increases or decreases in property values which would warrant a market condition (time) adjustment. Lack of more current comparable sales in the subject's market area does not necessarily mean that adverse market conditions exist and their use is not considered to affect the quality of the value estimate since current market derived adjustments were used to compensate for major differences between the subject and comparable sales utilized.

### Comment on Infestation, Dampness and Settlement Limiting Condition

The subject property has been inspected by the appraiser to determine it's current general condition for the purpose of estimating it's market value. This inspection is not a Home Inspection or a Termite Inspection. Although the appraiser did not note any severe adverse conditions the appraiser is not licensed or trained in the above disciplines and cannot legally render a professional opinion. There are no guarantees or warranties given or implied. For an accurate report on the above mentioned unknown potential problems an inspection is recommended through an appropriate licensed professional.

## Supplemental Addendum

| | |
|---|---|
| Borrower/Client | JOSE A RIVERO & LYNG H RAMIREZ |
| Property Address | 7516 HISPANOLA AVENUE |
| City MIAMI | County MIAMI-DADE   State FL   Zip Code 33141-4120 |
| Lender | PRIVATE |

File No. LTF-7516

### Comment on Predominant Price and Age

The Age or Sales Price which occurs within the marketplace with the greatest degree of frequency, within the time frame from which the sales data was selected (typically 6 months or 1 year), is reported as the "Predominant" factor.

There is no direct relationship between a greater occurance of any single factor within a limited time frame, and the market value or marketability of one particular property the fact that the predominant sales price is lower or higher than the estimate of market value does not indicate an adverse condition for the subject property.

### Line Items

The client may rely on the reported estimate of market value and the appraisal report as a whole. No reliance may be placed on any individual line item and or section of the report. All information contained herein is believed to be correct, but not guaranteed.

### Warranties and Indemnity

Appraiser does not make any warranties or guarantees of any kind regarding the condition of the subject property, sufficiency of title, areas and boundaries, mechanical and structural conditions of the improvements and with the agreement that the Appraisal Report represents Appraiser's opinion of value only, without any warranty that the property will sell for the appraised value. Client agrees to indemnify Appraiser, his employees and independent contractors from all claims, suits and charges of any nature that may arise out of this agreement.

### Comments on Sales Comparison

All sales were closed sales and considered strong market value indicators for the subject property. They are all relatively similar to the subject in terms of size, design and market appeal. After extensive research, these sales were deemed the best available and most similar confirmed sales in the subject's immediate area. They are all located in the subject's immediate area and share the same if not similar neighborhood amenities.

### DIGITAL SIGNATURE

The digital signatures utilized in this report were taken from the original signature furnished by the appraiser. The appraiser's signature affixed in this report was actually the inspecting appraiser's signature. The software program utilized in this report provides a security feature that protects the integrity of the appraiser's signature by a password protection system and the appraiser has the sole personalized control of affixing the signature.

An electronically affixed signature carries the same level of euthenticity and responsibility as an ink signature on a paper copy report.

This electronically transmitted report meets USPAP reporting requirements. Steps have been appropriately taken to protect the data integrity of this transmitted report.

## Subject Photo Page

| Borrower/Client | JOSE A RIVERO & LYNG H RAMIREZ | | | |
|---|---|---|---|---|
| Property Address | 7516 HISPANOLA AVENUE | | | |
| City MIAMI | County MIAMI-DADE | State FL | Zip Code 33141-4120 | |
| Lender PRIVATE | | | | |



**Subject Front**
7516 HISPANOLA AVENUE
Sales Price        N/A
Gross Living Area  1,530
Total Rooms        6
Total Bedrooms     3
Total Bathrooms    2
Location           AVERAGE
View               RESIDENTIAL
Site               7,140 SF
Quality            CBS/AVERAGE
Age                1950



**Subject Rear**



**Subject Street**

Form PICPIX.SR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Interior Photo Page

| Borrower/Client | JOSE A RIVERO & LYNG H RAMIREZ | | | |
|---|---|---|---|---|
| Property Address | 7516 HISPANOLA AVENUE | | | |
| City MIAMI | County MIAMI-DADE | State FL | Zip Code 33141-4120 | |
| Lender PRIVATE | | | | |



**Subject Interior**
7516 HISPANOLA AVENUE
Sales Price        N/A
Gross Living Area  1,530
Total Rooms        6
Total Bedrooms     3
Total Bathrooms    2
Location           AVERAGE
View               RESIDENTIAL
Site               7,140 SF
Quality            CBS/AVERAGE
Age                1950



**Subject Interior**



**Subject Interior**

Form PICPIX.SI — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Comparable Photo Page**

| | |
|---|---|
| Borrower/Client | JOSE A RIVERO & LYNG H RAMIREZ |
| Property Address | 7516 HISPANOLA AVENUE |
| City MIAMI | County MIAMI-DADE  State FL  Zip Code 33141-4120 |
| Lender PRIVATE | |



### Comparable 1
7533 CULTASS AVENUE
Prox. to Subject   0.05 miles
Sale Price         167,100
Gross Living Area  1,867
Total Rooms        6
Total Bedrooms     3
Total Bathrooms    2
Location           AVERAGE
View               RESIDENTIAL
Site               7,140 SF
Quality            CBS/AVERAGE
Age                1950



### Comparable 2
7541 HISPANOLA AVENUE
Prox. to Subject   0.08 miles
Sale Price         170,400
Gross Living Area  1,536
Total Rooms        6
Total Bedrooms     3
Total Bathrooms    2
Location           AVERAGE
View               RESIDENTIAL
Site               7,140 SF
Quality            CBS/AVERAGE
Age                1950



### Comparable 3
1535 71ST STREET
Prox. to Subject   0.78 miles
Sale Price         191,300
Gross Living Area  1,767
Total Rooms        7
Total Bedrooms     4
Total Bathrooms    2.5
Location           AVERAGE
View               RESIDENTIAL
Site               6,942 SF
Quality            CBS/AVERAGE
Age                1938

## Building Sketch (Page - 1)

| | |
|---|---|
| Borrower/Client | JOSE A RIVERO & LYNG H RAMIREZ |
| Property Address | 7516 HISPANOLA AVENUE |
| City MIAMI | County MIAMI-DADE    State FL    Zip Code 33141-4120 |
| Lender | PRIVATE |



Sketch by Apex IV™

Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 1530.0 | 1530.0 |

Net LIVABLE Area    (Rounded)    1530

### LIVING AREA BREAKDOWN

| Breakdown | Subtotals |
|---|---|
| First Floor | |
| 4.0 x 8.0 | 32.0 |
| 2.0 x 4.0 | 8.0 |
| 0.5 x 2.0 x 2.0 | 2.0 |
| 0.5 x 2.0 x 2.0 | 2.0 |
| 30.0 x 32.0 | 960.0 |
| 5.0 x 11.0 | 55.0 |
| 5.0 x 9.0 | 45.0 |
| 9.0 x 30.0 | 270.0 |
| 12.0 x 13.0 | 156.0 |

9 Items    (Rounded)    1530